DONALD P. SULLIVAN, State Bar No. 191080
ANDREW C. SULLIVAN, State Bar No. 226902
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN GREENWOOD,<br><br>           Plaintiff,<br><br>    vs.<br><br>CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>           Defendants. | Case No. 06-CV-02421 WBS DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7628316.1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF
CASE WITH PREJUDICE      Case No. 06-CV-02421 WBS DAD

It is hereby stipulated pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs.

Dated:  November 15, 2007                    JESSE S. KAPLAN


By  /S/  Jesse S. Kaplan (as authorized 11/15/2007)
    Jesse S. Kaplan
    Attorneys for Plaintiff
    KEN GREENWOOD


Dated:  November 16, 2007                    MORGAN, LEWIS & BOCKIUS LLP


By  /S/  Donald P. Sullivan
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

### ORDER

The matter of *Ken Greenwood v. Cigna Corporation, Life Insurance Company of North America*, United States District Court, Eastern District of California, Case No. 06-CV-02421 WBS DAD is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

**DATED:  November 19, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE